**Order entered January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00001-CV

### IN RE TERRENCE MARK GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's January 3, 2017 petition for writ of mandamus.

/s/ DAVID L. BRIDGES
   JUSTICE